# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 06-06065 DDP (CTx) | Date | June 11, 2014 |

Title   UNITED STATES OF AMERICA ex rel. MICHAEL WILSON, Realtor; STATE OF ARKANSAS ex rel. MICHAEL WILSON, Realtor; STATE OF CALIFORNIA ex rel. MICHAEL WILSON, Realtor; STATE OF DELAWARE ex rel. MICHAEL WILSON, Realtor, DISTRICT OF COLUMBIA ex real. MICHAEL WILSON, Realtor; STATE OF FLORIDA ex rel. MICHAEL WILSON, Realtor; STATE OF FLORIDA ex rel. MICHAEL WILSON, Realtor; STATE OF HAWAII ex rel. MICHAEL WILSON, Realtor; STATE OF ILLINOIS ex rel. MICHAEL WILSON, Realtor; STATE OF LOUISIANA ex rel. MICHAEL WILSON, Realtor;  STATE OF MASSACHUSETTS ex rel. MICHAEL WILSON, Realtor; STATE OF NEW MEXICO ex rel. MICHAEL WILSON, Realtor; STATE OF NEVADA ex rel. MICHAEL WILSON, Realtor; STATE OF TENNESSEE ex rel. MICHAEL WILSON, Realtor; STATE OF TEXAS ex rel. MICHAEL WILSON, Realtor; STATE OF VIRGINIA ex rel. MICHAEL WILSON, Realtor  -V- BRISTOL MYERS SQUIBB, INC.

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

**MINUTE ORDER (IN CHAMBERS)**

**COUNSEL ARE NOTIFIED** that the document entitled JOINT STIPULATION TO CONTINUE MEDIATION CUT-OFF, filed on June 10, 2014, docket number 52 was filed incorrectly by not sending a PDF of the document and a Word or WordPerfect copy of the [proposed] order to the chamber's email address and therefore ordered STRICKEN from the docket.  Counsel shall review the electronic filing procedures and re-file the document forthwith.  To assist counsel, the email address for Judge Pregerson's chambers is: ddp_chambers@cacd.uscourts.gov

|  | : | N / A |
|---|---|---|
|  | Initials of Preparer | JAC |