**MILBERG LLP**
ALASTAIR J.M. FINDEIS (255941)
afindeis@milberg.com
777 Woodward Avenue, Suite 890
Detroit, MI  48226
Telephone:  (313) 309-1760
Facsimile:   (313) 447-2536

Counsel for Plaintiff
MICHAEL WILSON

**MORGAN, LEWIS & BOCKIUS LLP**
BARBARA A. FITZGERALD (151038)
bfitzgerald@morganlewis.com
KATHRYN T. McGUIGAN (232112)
kmcguigan@morganlewis.com
300 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

Counsel for Defendant
BRISTOL-MYERS SQUIBB, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>BRISTOL-MYERS SQUIBB, INC.,<br><br><br>        Defendant. | **CASE NO. 2:06-cv-06065-DDP-CTx**<br><br>**JOINT STIPULATION TO EXTEND MEDIATION CUT-OFF DATE**<br><br>**Second Amended Complaint Filed: March 11, 2009** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Plaintiff Michael Wilson ("Plaintiff") and Defendant Bristol-Myers Squibb

2 ("Defendant") (collectively, the "parties"), by and through their respective counsel

3 of record, hereby stipulate and agree as follows:

4        1.    WHEREAS, on March 24, 2014, this Court ordered the parties to

5 mediate through the Court-Directed ADR Program;

6        2.    WHEREAS, on April 21, 2014, a Panel Mediator was assigned by the

7 ADR Program staff to this matter and the parties were ordered to complete

8 mediation no later than June 19, 2014; and

9        3.    WHEREAS, because the parties have not completed sufficient

10 discovery in this action as to allow the parties to engage in a meaningful mediation,

11 before the previously imposed mediation completion date of June 19, 2014, the

12 parties agree to extend the Mediation Cut-Off date one hundred and twenty (120)

13 days from June 19, 2014 to October 17, 2014, which the parties believe will permit

14 a meaningful and productive mediation;

15        NOW, THEREFORE,

16        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES,

17 through their undersigned counsel, that the Mediation Cut-Off date be extended

18 from June 19, 2014 to October 17, 2014.

19 Dated: June 10, 2014                    MILBERG LLP

20

21                                        By: _____/s/ Alastair J.M. Findeis_____
                                             ALASTAIR J.M. FINDEIS
22                                           Attorneys for Plaintiff
                                             Michael Wilson
23

24

25 Dated:  June 10, 2014                   MORGAN, LEWIS & BOCKIUS LLP

26                                        By: _____/s/ Kathryn T. McGuigan_____
                                             KATHRYN T. MCGUIGAN
27                                           Attorneys for Defendant
                                             Bristol-Myers Squibb, Inc.
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES