1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

14

MICHAEL WILSON,                    )    **CASE NO. 2:06-cv-06065-DDP-CTx**

15                                     )
                        Plaintiff,     )    **[PROPOSED] ORDER TO EXTEND**
16                                     )    **MEDIATION CUT-OFF DATE**
                                       )
17          v.                         )
                                       )    **Second Amended Complaint Filed:**
18   BRISTOL-MYERS SQUIBB, INC.,       )    **March 11, 2009**
                                       )
19                                     )
                                       )
20                      Defendant.     )
                                       )
21   ──────────────────────────────    )

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1       Having read and considered the parties' Joint Stipulation, and finding good

2   cause therefore, the Court hereby GRANTS the Joint Stipulation as follows:

3       **IT IS HEREBY ORDERED** that the Mediation Cut-Off date is extended

4   one hundred and twenty (120) days from June 19, 2014 to October 17, 2014, which

5   the parties believe will permit a meaningful and productive mediation.

6

7   Dated: _____ 2014          _____

8                                   Hon. Dean D. Pregerson
                                    U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28