MORGAN, LEWIS & BOCKIUS LLP
Barbara Fitzgerald (SBN 151038)
bfitzgerald@morganlewis.com
Kathryn T. McGuigan (SBN 232112)
kmcguigan@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendant
Bristol Myers Squibb, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILSON,<br><br>                    Relator,<br><br>          vs.<br><br>BRISTOL MYERS SQUIBB, INC.;<br><br>                    Defendant. | Civil Action No. 06-06065-DDP<br><br>**NOTICE OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25656365.1

NOTICE OF SETTLEMENT

1  TO THE HONORABLE DEAN D. PREGERSON:

2    PLEASE TAKE NOTICE that the parties have reached an agreement in
3  principle to settle this matter.  Once the settlement is finalized, the parties will file
4  with the Court a stipulation for dismissal with prejudice.  In the meantime, the
5  parties request that the matter be removed from this Court's active caseload until
6  further application by the parties, or either one of them, or order of the Court.
7  Counsel shall file a proper stipulation for dismissal or a joint report detailing
8  settlement status within 30 days and every quarter thereafter until a stipulation for
9  dismissal is filed.  This Court is requested to retain full jurisdiction over this action
10 and that the removal of the case from the active calendar and, thus, the vacation of
11 all dates in the action, pending the finalization of the settlement paperwork, not
12 prejudice any party to this action.

Dated:      January 16, 2015              MORGAN, LEWIS & BOCKIUS LLP


                                          BY   /s/ Barbara A. Fitzgerald
                                              Barbara A. Fitzgerald
                                              Attorneys for Defendant Bristol
                                              Myers Squibb, Inc.
                                          _____

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 25656365.1

1                              NOTICE OF SETTLEMENT